O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. NATTY,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ADMINISTRATOR OF THRIFT SAVING PLANS AND OR LEGAL DEPARTMENT,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-05098-CAS(MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　**IT IS THEREFORE ORDERED** that the Motion to Dismiss is **GRANTED** and Judgment be entered dismissing this action without prejudice.

Dated:  July 15, 2022

　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　United States District Judge