JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. NATTY,<br><br>               Plaintiff,<br><br>     v.<br><br>ADMINISTRATOR OF THRIFT SAVING PLANS AND OR LEGAL DEPARTMENT,<br><br>               Defendant(s). | Case No. 2:21-cv-05098-CAS(MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: July 15, 2022

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
United States District Judge